UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                              :

LAMAR THOMPSON,                :

            Movant,       :

   -against-              :

UNITED STATES OF AMERICA,    :

            Respondent.    :

                              :
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: *4-30-12*

ORDER TO ANSWER

12 Civ. 2459 (PKC)

09 Cr. 381 (PKC)

P. KEVIN CASTEL, United States District Judge:

      Movant Lamar Thompson, appearing *pro se*, filed this action as a Motion to Vacate, Set Aside, or Correct a Sentence, under 28 U.S.C. § 2255.  Because he seeks relief from his judgment of conviction and sentence pursuant to the Fair Sentencing Act of 2010, Pub. L. No. 111-222, 124 Stat. 2372 (2010), and the 2010 amendments to the United States Sentencing Guidelines, the Court construes this Motion as one for a reduction of sentence under 18 U.S.C. § 3582(c)(2).

      It is hereby ORDERED that the Clerk of Court is directed to file this action as a Motion under 18 U.S.C. § 3582 in the criminal case and close this civil case.  All further proceedings in this matter will be conducted in the criminal case.

      It is further ORDERED that the United States Attorney for the Southern District of New York shall file a response to the Motion within sixty (60) days of the date the United States Supreme Court decides <u>Dorsey v. United States</u>, No. 11-5683, and <u>Hill v. United States</u>, No. 11-5721.  The Movant may file reply papers, if any, within thirty (30) days from the date he is served with the Respondent's answer.

It is further ORDERED that the Clerk of Court serve copies of this Order, the Motion and all other papers in support thereof, by certified mail upon the United States Attorney for the Southern District of New York.

SO ORDERED:

_____
P. KEVIN CASTEL
United States District Judge

Dated: April 30, 2012
New York, New York

2